UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NIHAL ERKAN, individually and on behalf of all others similarly situated,

                                   Plaintiffs,

     -against-

530 HOSPITALITY, LLC.

                                   Defendant.
----------------------------------------------------------------X

ENDORSED ORDER

Case No. 1:23-cv-6240

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: January 19th, 2024

New York, New York

Mars Khaimov Law, PLLC

By: ____/s/ *Mars Khaimov* _

    Mars Khaimov, Esq.
    100 Duffy Avenue, Suite 510
    Hicksville, New York 11801
    Tel.: 929.324.0717 (direct)
    mars@khaimovlaw.com
    *Attorneys for Plaintiff*

Jackson Lewis P.C.

By: ____/s/ *Rebecca M. McCloskey* __

    Rebecca M. McCloskey, Esq.
    44 South Broadway, 14th Floor
    White Plains, NY 10601
    Tel. (914) 872-6893
    Rebecca.McCloskey@jacksonlewis.com
    *Attorneys for Defendant*

SO ORDERED: **/s/ Ramón E. Reyes, Jr.**
U.S.D.J

4895-5040-3388.1